**No. 65634.**—D. N. & E. Walter & Co. *v.* United States, protests 59/32371, 59/32717, and 60/2781 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiff was sustained.

**No. 65635.**—D. N. & E. Walter & Co. and Hoyt, Shepston & Sciaroni *v.* United States, protests 60/4813 and 60/7439 (San Francisco).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et. al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiffs was sustained.

**No. 65636.**—W. T. Grant Company *v.* United States, protest 60/9188 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiffs was sustained.

**No. 65637.**—D. N. & E. Walter & Co. and Frazar & Co., Inc. *v.* United States, protests 60/17559 and 60/17893 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiffs was sustained.